UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KYLE L. PASCHAL-BARROS., *Plaintiff,* | : : : | NO. 3:21-cv-00698-JCH |
| v. | : : | |
| ANGEL QUIROS, ET AL. *Defendants.* | : : | MARCH 1, 2024 |

## **ORDER**

1. The plaintiff, Kyle Paschal-Barros, shall fully participate in a comprehensive psychiatric evaluation performed by Dr. Gregory Saathoff, M.D., as set forth below.

2. Mr. Paschal-Barros shall sign or execute any necessary release(s) or waiver(s) permitting Dr. Saathoff to receive or obtain any psychological testing records or data, psychological evaluation records, and psychiatric evaluation records concerning Mr. Paschal-Barros.

Psychiatric Evaluation

3. Dr. Gregory Saathoff, M.D., shall conduct a comprehensive psychiatric evaluation of Mr. Paschal-Barros. Dr. Saathoff will conduct and complete this evaluation based on his professional practices, experience, and standards.

4. The evaluation will occur as soon as practicable on the date and time of Dr. Saathoff's choosing but no later than April 22, 2024.

5. Mr. Paschal-Barros must comply completely with the evaluation that is being offered to him by Dr. Saathoff.

6. The scope of the evaluation will depend upon Dr. Saathoff's professional judgment and experience, including, but not limited to, the following: a history of current and past psychiatric symptoms, psychiatric history, family history, habits, substance abuse history, medical history, developmental history, educational history, employment history, legal

history, social history, and mental status exam that would include a Folstein mini-mental exam. The scope of the evaluation may evolve as the interview progresses with Mr. Paschal-Barros and may also be impacted by Mr. Paschal-Barros's willingness to engage in such evaluation, as well as based on Dr. Saathoff's professional judgment.

7. The evaluation will take place remotely via recorded video to a quiet location mutually agreeable to the parties that ensures privacy where Mr. Paschal-Barros will be able to focus on the interview and cannot be coached or distracted.

8. Dr. Saathoff will conduct the interview solely, without the physical or electronic presence of anyone else.

9. The manner and conditions of the evaluation will be determined by Dr. Saathoff. This evaluation will be conducted remotely via recorded video feed to a quiet room that ensures confidentially and privacy, and Mr. Paschal-Barros will be provided breaks as necessary.

10. During the evaluation, Dr. Saathoff must be able to view Mr Paschal-Barros' face, mouth, and facial expressions to complete his evaluation.

11. Mr. Paschal-Barros will not confer with anyone about the lawsuit, the substance of the evaluation, or his mental health treatment during breaks.

12. Dr. Saathoff shall be afforded the necessary time to complete this evaluation to ensure that the evaluation is truly comprehensive and in accordance with the professional standards and practice of Dr. Saathoff.

13. Based on the evaluation by Dr. Saathoff, further testing and evaluation may be necessary.

APPROVED AND SO ORDERED.

**Entered at New Haven, CT this   1st   day of March, 2024.**

BY THE COURT

/s/ Janet C. Hall

Janet C. Hall
United States District Judge